**FILED**
JUL 1 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2282-H |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| JOSE CORTEZ-CORONA, ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); |
| Defendant. ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about June 19, 2006, within the Southern District of California, defendant JOSE CORTEZ-CORONA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

CEK:jam:Imperial
7/8/08

<pre>
 1                           Count 2
 2        On or about March 19, 2008, within the Southern District of
 3   California, defendant JOSE CORTEZ-CORONA, being an alien, unlawfully
 4   entered or attempted to enter the United States at a time and place
 5   other than as designated by immigration officers, and eluded
 6   examination and inspection by immigration officers, and attempted to
 7   enter or obtained entry to the United States by a willfully false or
 8   misleading representation or the willful concealment of a material
 9   fact and previously committed the offense of illegal entry, as alleged
10   in Count 1; all in violation of Title 8, United States Code,
11   Section 1325, a felony.
12                           Count 3
13        On or about June 12, 2008, within the Southern District of
14   California, defendant JOSE CORTEZ-CORONA, being an alien, unlawfully
15   entered or attempted to enter the United States at a time and place
16   other than as designated by immigration officers, and eluded
17   examination and inspection by immigration officers, and attempted to
18   enter or obtained entry to the United States by a willfully false or
19   misleading representation or the willful concealment of a material
20   fact and previously committed the offense of illegal entry, as alleged
21   in Count 1; all in violation of Title 8, United States Code,
22   Section 1325, a felony.
23        DATED: July 10, 2008 .
24                                      KAREN P. HEWITT
                                        United States Attorney
25
26
                                        CHARLOTTE E. KAISER
27                                      Assistant U.S. Attorney
28
</pre>